Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Brian L. Bradford
Nevada Bar No. 9518
brian.bradford@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant Eaton Corporation*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES CREANCY, an individual<br><br>Plaintiff,<br><br>vs.<br><br>EATON CORPORATION, a Nevada Corporation; DOES 1 through 10, inclusive; ROES CORPORATIONS/ENTITIES 1 through 10, inclusive,<br><br>Defendants. | Case No.:  2:14-cv-00666-JAD-NJK<br><br>**DEFENDANT EATON CORPORATION'S REQUEST TO RESCHEDULE EARLY NEUTRAL EVALUTION**<br>**(First Request)** |

Defendant Eaton Corporation ("Eaton"), through its undersigned counsel, hereby submits this request to reschedule the September 9, 2014 Early Neutral Evaluation Session ("ENE").

Pursuant to the Order Scheduling the ENE (Doc. 15), this case has been referred to the Honorable Peggy A. Leen, United States Magistrate Judge, to conduct an ENE in Las Vegas, Nevada on September 9, 2014 at 1:30 p.m.  Pursuant to the Court's Order, all counsel of record who will be participating in the trial of this case must be present.

//

//

1  Unfortunately, the undersigned counsel has a prior ENE scheduled for September 9, 2014,
2  and therefore will not be available for the ENE. After conferring with counsel for Plaintiff Charles
3  Creancy, the parties will be available during the following dates for the ENE:

4  September 25, 2014

5  September 26, 2014

6  September 29, 2014

7  September 30, 2014

8  October 1, 2014

9  Consequently, Eaton requests that the Court reschedule the September 9, 2014 ENE.

10  DATED this 2nd day of September, 2014.

11

12  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

13

14  /s/ Brian Bradford
   Anthony L. Martin
15  Brian L. Bradford
   3800 Howard Hughes Parkway
16  Suite 1500
   Las Vegas, NV  89169
17  Telephone:  702.369.6800
   *Attorneys for Defendant Eaton Corporation*
18

19

20  **IT IS ORDERED** that the ENE Conference currently set for September 9, 2014, at
21  1:30 p.m., is VACATED and CONTINUED to **October 1, 2014, at 9:30 a.m.**
   Confidential statements shall be due to chambers no later than **4:00 p.m. September
22  24, 2014**. All other instructions within the original Order Scheduling Early Neutral
   Evaluation Conference (Dkt. #15) remain in effect.
23

24  Dated this 5th day of September, 2014.

25  Peggy A. Leen
26  United States Magistrate Judge

27

28

2

## CERTIFICATE OF SERVICE

I hereby certify that I electronically transmitted the foregoing **DEFENDANT EATON CORPORATION'S REQUEST TO RESCHEDULE EARLY NEUTRAL EVALUATION (First Request)** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

**M. LANI ESTEBAN-TRINIDAD**

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby further certify that service of the foregoing **DEFENDANT EATON CORPORATION'S REQUEST TO RESCHEDULE EARLY NEUTRAL EVALUTION (First Request)** was also made this date by depositing a true and correct copy of same for mailing, first class mail, postage prepaid thereon, at Las Vegas, Nevada, addressed to the following:

M. Lani Esteban-Trinidad
Esteban-Trinidad Law, P.C.
4315 North Rancho Drive, Suite 110
Las Vegas, Nevada 89130

DATED this 2nd day of September, 2014.

                                                    /s/ Darhyl Kerr
                                      An Employee of Ogletree, Deakins, Nash, Smoak & Stewart, P.C.