**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHARLES CREANCY, ) | |
| ) | |
| Plaintiff(s), ) | Case No. 2:14-cv-00666-JAD-NJK |
| ) | |
| vs. ) | |
| ) | ORDER DISCHARGING |
| EATON CORPORATION, ) | ORDER TO SHOW CAUSE |
| ) | |
| Defendant(s). ) | |

Pending before the Court is an order for attorneys Anthony Martin and Brian Bradford to show cause why they should not be sanctioned. Docket No. 20. The Court has received their response. Docket No. 22. Given the response, the Court declines in this instance to impose monetary sanctions. Nonetheless, the Court ORDERS Mr. Martin and Mr. Bradford to read Local Rules 26-1 and 26-4, and to file a certification that they have done so by September 23, 2014. The Court further cautions Mr. Martin and Mr. Bradford that it expects strict compliance with the Local Rules and Court orders in the future, and that they should expect monetary sanctions to be imposed if similar issues arise in the future.

IT IS SO ORDERED.

DATED: September 19, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge